

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00238-CV

**U-HAUL CO. OF TEXAS,**

**Appellant**

 **v.**

**STEVEN SUMMERS, JR.,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 15-002178-CV-85**

## MEMORANDUM OPINION

Appellant, U-Haul Co. of Texas, appealed the trial court's final judgment rendered against it.  It has now filed an Agreed Motion to Dismiss Appeal Pursuant to Settlement and requests the Court to dismiss the appeal, order the release of the supersedeas bond that was filed below, and order costs be borne by the party that incurred them.

Appellant's motion is granted.  This appeal is dismissed, the supersedeas bond filed below is ordered released, and costs are taxed against the party incurring same.  *See*

Tex. R. App. P. 42.1(a); 43.4.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Neill
Appeal dismissed
Opinion delivered and filed November 27, 2019
[CV06]

